JOHN HARROW

v.

GEORGE COTTERALL

1809

JOURNAL ENTRIES

1. Guardian appointed . . . . . . . . *Journal, infra,* *p. 213
2. Errors assigned; plea; issue . . . . . . . . . " 238

PAPERS IN S. C. FILE

[None]

PAPERS IN D. C. FILE

[None]